UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**J. L. SUMMERS**                                                                 **CIVIL ACTION**

**VERSUS**                                                                               **NUMBER: 11-1962**

**BENEDICT WILLARD**                                                     **SECTION: "B"(5)**

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.  Accordingly,

**IT IS ORDERED** that plaintiff's complaint is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. §1915(e)(2)(B)(i).

New Orleans, Louisiana, this 20th day of September, 2011.

UNITED STATES DISTRICT JUDGE